# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
| | |
|---|---|
| KIOBA PROCESSING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY,<br><br>    Defendant. | Civil Action No. 1:20-cv-08287-LGS<br><br>Jury Trial Requested |

## ORDER OF DISMISSAL WITH PREJUDICE

    On this day, Plaintiff Kioba Processing LLC ("Plaintiff") and Defendant American Express Company ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

    IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SO ORDERED.

Dated: January 7, 2021
    New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE